COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS




FLAVIA OCHOA,


 Appellant,


v.



BRUCE FOODS CORPORATION AND
TEODORE DELGADO,


 Appellees.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-08-00170-CV



Appeal from the


346th Judicial District Court


of El Paso County, Texas 


(TC#2006-5621) 



MEMORANDUM OPINION


 Pending before the Court is a joint motion to dismiss this appeal pursuant to
Tex.R.App.P. 42.1(a). The parties represent to the Court that they have settled all of the claims
and causes of action pending in the lawsuit below and have agreed to dismiss the appeal. The
parties have complied with the requirements of Rule 42.1(a)(2).

 We have considered the cause on the motion and conclude that the motion should be
granted. We therefore dismiss the appeal. As the motion does not indicate the parties have
agreed otherwise, costs will be taxed against Appellant. See Tex.R.App.P. 42.1(d).


August 14, 2008

 DAVID WELLINGTON CHEW, Chief Justice


Before Chew, C.J., McClure, and Carr, JJ.